UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ESTATE OF JAMIE E. MOORE, by Bayleah Moore, as Personal Representative of the Estate, and on behalf of the Survivors,<br><br>Plaintiff,<br><br>vs.<br><br>VERMILION COUNTY, PATRICK HARTSHORN, BRANDEN FOX, KRYSTIAN INGRAM, TYKE PROCTOR, RICHARD ROBINSON, MARTIN WALWORTH, KARLA YOUNG and JASMINE MARTIN,<br><br>Defendants. | Case No. 19-cv-2209-MMM-JEH |

## STIPULATION TO DISMISS

IT IS HEREBY stipulated and agreed by and between Bayleah Moore, individually and as Administrator of the Estate of Jamie Moore, Deceased, and Defendants, Vermilion County, Sheriff Patrick Hartshorn, Branden Fox, Krystian Ingram, Tyke Proctor, Richard Robinson, Martin Walworth, Karla Young, and Jasmine Martin, through their respective attorneys, that the lawsuit is hereby dismissed with prejudice pursuant to settlement and each side shall bear their own costs.

| **PLAINTIFF'S ATTORNEYS:** | **DEFENDANTS' ATTORNEYS:** |
|---|---|
| **s/Louis J. Meyer** | **/s/ Michael W. Condon (with permission)** |
| LOUIS J. MEYER | MICHAEL W. CONDON, ARDC #06192071 |
| DANIEL P. KISS | JASON W. ROSE, ARDC #06208130 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| MEYER & KISS, LLC | HERVAS, CONDON & BERSANI, P.C. |
| 311 West Stratford Drive | 333 Pierce Road, Suite 195 |
| Peoria, IL 61614 | Itasca, IL 60143-3156 |
| louismeyer@meyerkiss.com | mcondon@hcbattorneys.com |
| dankiss@meyerkiss.com | jrose@hcbattorneys.com |

**s/James L. Bizzieri   (with permission)**
James L. Bizzieri
*Attorney for Plaintiff*
10258 S. Western Ave., Suite 210
Chicago, IL 60643
jlbizzieri@bizzierilaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that this pleading was served on all counsel of record via the Court's electronic filing system on June 22, 2021

By: /s/ Louis J. Meyer

Louis J. Meyer
MEYER & KISS, LLC
311 W. Stratford Drive
Peoria, IL 61614
t. 309.713.3751
f. 312.585.7803
e. louismeyer@meyerkiss.com